1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  Federal Building, Suite 4401
   2500 Tulare Street
4  Fresno, California  93721
5  Telephone: (559) 497-4083
   Attorneys for Plaintiffs
6

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:06-CR-00347 AWI |
| | ) | |
| ROBERT GOGOLEWSKI | ) | **STIPULATION RE: HEARING ON** |
| | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **DISCOVERY AND ORDER** |
| Defendant | ) | |
| | ) | |

**STIPULATION**

The defendant has filed a motion for discovery in this case. The government's reply is due on **February 20, 2007**, and a hearing on the motion is currently set for **March 5, 2007** at **9:00.** The parties are still determining if there are any outstanding discovery issues. Accordingly, the parties stipulate that the government will file its reply by **March 6, 2007.** An optional defendant reply will be due on **March 13, 2007.** The parties stipulate and request that the hearing for the motion for discovery be moved until **March 20, 2007 at 9:00.**

///

///

///

///

1

Finally, the parties also stipulate that time will be excluded until the hearing on the motions on **March 20, 2007,** in the interests of justice pursuant to 18 USC § 3161 (h)(1)(F).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Victo Chavez (consent given to sign) |
| McGREGOR W. SCOTT | Victor Chavez |
| United States Attorney | Assistant Federal Defender |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | ROBERT GOGOLEWSKI |
| Attorney for the Plaintiff | |

Date : February 20, 2007                                                     Date : February 20, 2007

**ORDER**

   IT IS SO ORDERED, except that the Status Conference and the Hearing on the Motion for Discovery shall be held on Monday, March 19, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 21, 2007**                        /s/ Anthony W. Ishii
0m8i78                                                       UNITED STATES DISTRICT JUDGE

2